**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

CIVIL NO. 10-167 (DSD/TNL)

CRUTCHFIELD DERMATOLOGY, P.A. AND
CHARLES E. CRUTCHFIELD III, MD,

      PLAINTIFFS,

v.

ANAZOAHEALTH CORPORATION; ANNICA
KARKKAINEN JOURDAINE, D/B/A "AMERICAN
SOCIETY OF NONSURGICAL AESTHETICS,"
"AMERICAN SOCIETY OF LIPODISSOLVE, LLC,"
"AMERICAN SOCIETY OF AESTHETIC
LIPODISSOLVE, LLC," "ASNA," "ASAL," AND
"ASNA-ASAL, LLC"; AND AMERICAN
SOCIETY OF AESTHETIC LIPODISSOLVE, LLC,
D/B/A "AMERICAN SOCIETY OF NONSURGICAL
AESTHETICS," "AMERICAN SOCIETY OF
LIPODISSOLVE," "ASNA," "ASAL," AND
"ASNA-ASAL, LLC,"

      DEFENDANTS.

**ORDER**

---

    Gerald E. Helget and Michael M. Lafeber, **BRIGGS & MORGAN, PA**, 80 South 8th Street, Suite 2200, Minneapolis, MN 55402 for Plaintiffs.

    Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung, dated May 11, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that

    1. Plaintiffs' claims against Annica Karkkainen Jourdaine, d/b/a "American Society of Nonsurgical Aesthetics," "American Society of Lipodissolve, LLC,"

2

"American Society of Aesthetic Lipodissolve, LLC," "ASNA," "ASAL," and "ASNA-ASAL, LLC"; and American Society of Aesthetic Lipodissolve, LLC, d/b/a "American Society of Nonsurgical Aesthetics," "American Society of Lipodissolve," "ASNA," "ASAL," and "ASNA-ASAL, LLC" are **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 31, 2011

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              U.S. District Court